UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:21-cr-00482-AA |
| v. | INDICTMENT |
| CLEMENTE BOBBY PINEDA, | 18 U.S.C. § 922(g)(1) |
| Defendant. | Forfeiture Allegation |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Felon in Possession of a Firearm)
(18 U.S.C. § 922(g)(1))

On or about November 13, 2021, in the District of Oregon, defendant **CLEMENTE BOBBY PINEDA**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Felon in Possession of a Firearm, in the United States District Court for the District of Oregon; Case Number 6:15-cr-00264-AA, on or about April 19, 2016 and;

(2) Robbery in the Second Degree, in the Circuit Court of the State of Oregon for Malheur County; Case Number 09011915C3, on or about August 3, 2009;

did knowingly possess the following firearm: a Glock Model 27, .40 caliber pistol, which had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of Count 1, defendant **CLEMENTE BOBBY PINEDA** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2641(c), the firearm and ammunition involved in that offense.

Dated: December 16, 2021

A TRUE BILL.

███████████████

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Jeff Sweet*
JEFFREY S. SWEET
Assistant United States Attorney