NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**JEFFREY S. SWEET, OSB #994183**
Assistant United States Attorney
jeff.sweet@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:21-cr-00482-AA |
| | 6:15-cr-00264-AA |
| v. | |
| | **JOINT STATUS REPORT** |
| **CLEMENTE BOBBY PINEDA,** | |
| **Defendant.** | |

Pursuant to this Court's Order, the parties provide the following joint status report:

Defendant is charged by indictment in Case No. 6:21-cr-00482-AA, and has a pending supervised release violation in Case No. 6:15-cr-00264-AA. He is in custody on both cases. Initial discovery has been provided. The defense filed a motion to dismiss the indictment in Case No. 6:21-cr-00482-AA and the government filed a response on February 21, 2023. If the motion is denied, the parties anticipate the defendant entering a conditional guilty plea.

Pursuant to 18 U.S.C. § 3161(h)(D), delay resulting from the filing of any pretrial motion, through the conclusion of the hearing, is excluded. Additionally, defendant has agreed

to waive speedy trial for 90 days, and the parties jointly request that the time be excluded in the interests of justice, and both cases set out.

The parties request that the Court set both a deadline for another status report as well as a trial date. The parties will provide additional information including the status of any negotiations in the next status report.

Dated: February 23, 2023

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

| | |
|---|---|
| s/ *Jeffrey S. Sweet* | s/ *Richard L. Fredericks* |
| JEFFREY S. SWEET | RICHARD L. FREDERICKS |
| Assistant United States Attorney | Attorney at Law |
| | Counsel for Clemente Bobby Pineda |